**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00727-CV
No. 05-13-00740-CV
No. 05-13-00741-CV
No. 05-13-00742-CV
No. 05-13-00743-CV
No. 05-13-00744-CV

## IN RE MICHAEL DAVIS, Appellant

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F99-99980, F99-99981, F99-99982,
F99-99983, F99-99984 & F99-99985

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** relator pay the costs of this original proceeding.

/s/      MOLLY    FRANCIS
JUSTICE